IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                                   Chapter 11

HAMBONE DOG PROPERTIES, LLC                        CASE NO. 10-05375-8-SWH
    Debtor

**SUMMARY OF BALLOTS**

| CLASS # | DESCRIPTION | ACCEPTED | REJECTED |
|---------|-------------|----------|----------|
| 1 | Administrative Costs | **Accepted** | |
| 2 | Ad Valorem Taxes | **Unimpaired** | |
| 3 | Carolina Bank | **No Vote** | |
| 4 | RBC Bank | **Rejected** | |
| 5 | Crescent State Bank | **Accepted** | |
| 6 | SunTrust Bank | **Accepted** | |
| 7 | First Citizens Bank | **Unimpaired** | |
| 8 | Atland Corporation | **Accepted** | |
| 9 | Kenneth R. Hoyle, Sr. | **Unimpaired** | |
| 10 | RCR Marketing, LLC | **Unimpaired** | |
| 11 | Uncle Yammy's | **Unimpaired** | |
| 12 | Zheng Garden | **Unimpaired** | |
| 13 | Brainfreeze Six, Inc. | **Unimpaired** | |
| 14 | BRC Deep River, LLC | **Accepted** | |
| 15 | Golden East Crossing | **Rejected** | |
| 16 | General Unsecured Claims less than $10,000.00 | **Accepted** | |
| 17 | General Unsecured Claims greater than $10,000.01 | **Accepted** | |
| 18 | Global House, Inc. | **Accepted** | |
| 19 | Unsecured Claims of Related Persons and Entities | **Accepted** | |
| 20 | Equity Holders | **Unimpaired** | |

Date:   12/20/2010          /s/ Nigle B. Barrow, Jr.
                               Nigle B. Barrow, Jr.
                               Attorney for Debtor, Hambone Dog Properties
                               NC State Bar No. 7597
                               P. O. Box 2714
                               Raleigh, NC  27602-2714
                               Telephone: 919-834-2116

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                                Chapter 11

HAMBONE DOG PROPERTIES, LLC                        CASE NO. 10-05375-8-SWH

       Debtor

REPORT ON ACCEPTANCES/REJECTIONS OF CHAPTER 11 PLAN

CLASS # 1     ADMINISTRATIVE COSTS – Accepted

| CLAIM NUMBER | NAME OF CREDITORS | ACCEPTANCES | REJECTIONS |
|---|---|---|---|
| | | Accepted | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                                              Chapter 11

HAMBONE DOG PROPERTIES, LLC                              CASE NO. 10-05375-8-SWH

     Debtor

REPORT ON ACCEPTANCES/REJECTIONS OF CHAPTER 11 PLAN

CLASS # 2     AD VALOREM TAX CLAIMS - UNIMPAIRED

| CLAIM NUMBER | NAME OF CREDITORS | ACCEPTANCES | REJECTIONS |
|---|---|---|---|
| | | Unimpaired | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                          Chapter 11

HAMBONE DOG PROPERTIES, LLC                    CASE NO. 10-05375-8-SWH

     Debtor


REPORT ON ACCEPTANCES/REJECTIONS OF CHAPTER 11 PLAN

CLASS # 3    CAROLINA BANK - Accepted

| CLAIM NUMBER | NAME OF CREDITORS | ACCEPTANCES | REJECTIONS |
|---|---|---|---|
|  | Carolina Bank | $1,447,709.78 |  |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                    Chapter 11

HAMBONE DOG PROPERTIES, LLC                               CASE NO. 10-05375-8-SWH

      Debtor

REPORT ON ACCEPTANCES/REJECTIONS OF CHAPTER 11 PLAN

CLASS # 4     RBC Bank – Accepted

| CLAIM NUMBER | NAME OF CREDITORS | ACCEPTANCES | REJECTIONS |
|---|---|---|---|
| | Carolina Bank | $1,447,709.78 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                    Chapter 11

HAMBONE DOG PROPERTIES, LLC                    CASE NO. 10-05375-8-SWH

    Debtor


REPORT ON ACCEPTANCES/REJECTIONS OF CHAPTER 11 PLAN

CLASS # 5    Crescent State Bank - IMPAIRED

| CLAIM NUMBER | NAME OF CREDITORS | ACCEPTANCES | REJECTIONS |
|---|---|---|---|
|  | Crescent State Bank | $4,147,405.11 |  |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                         Chapter 11

HAMBONE DOG PROPERTIES, LLC                        CASE NO. 10-05375-8-SWH

     Debtor


REPORT ON ACCEPTANCES/REJECTIONS OF CHAPTER 11 PLAN

CLASS # 6     SunTrust Bank – IMPAIRED

| CLAIM NUMBER | NAME OF CREDITORS | ACCEPTANCES | REJECTIONS |
|---|---|---|---|
| | Sun Trust Bank | $1,235,204.17 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                          Chapter 11

HAMBONE DOG PROPERTIES, LLC                      CASE NO. 10-05375-8-SWH

     Debtor

REPORT ON ACCEPTANCES/REJECTIONS OF CHAPTER 11 PLAN

CLASS # 7    First Citizens Bank - UNIMPAIRED

| CLAIM NUMBER | NAME OF CREDITOR | ACCEPTANCES | REJECTIONS |
|---|---|---|---|
| | | Unimpaired | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                                  Chapter 11

HAMBONE DOG PROPERTIES, LLC                          CASE NO. 10-05375-8-SWH

      Debtor


REPORT ON ACCEPTANCES/REJECTIONS OF CHAPTER 11 PLAN

CLASS # 8    Atland Corporation – Accepted

| CLAIM NUMBER | NAME OF CREDITORS | ACCEPTANCES | REJECTIONS |
|---|---|---|---|
|  | Atland Corporation | $93,550.16 |  |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                      Chapter 11

HAMBONE DOG PROPERTIES, LLC                     CASE NO. 10-05375-8-SWH

     Debtor

REPORT ON ACCEPTANCES/REJECTIONS OF CHAPTER 11 PLAN

CLASS # 9    Kenneth R. Hoyle, Sr. - UNIMPAIRED

| CLAIM NUMBER | NAME OF CREDITORS | ACCEPTANCES | REJECTIONS |
|---|---|---|---|
| | | Unimpaired | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                                        Chapter 11

HAMBONE DOG PROPERTIES, LLC                          CASE NO. 10-05375-8-SWH

     Debtor

REPORT ON ACCEPTANCES/REJECTIONS OF CHAPTER 11 PLAN

CLASS # 10    RCR Marketing, LLC - UNIMPAIRED

| CLAIM NUMBER | NAME OF CREDITORS | ACCEPTANCES | REJECTIONS |
|---|---|---|---|
| | | Unimpaired | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                      Chapter 11

HAMBONE DOG PROPERTIES, LLC                 CASE NO. 10-05375-8-SWH

      Debtor

REPORT ON ACCEPTANCES/REJECTIONS OF CHAPTER 11 PLAN

CLASS # 11    Uncle Yammy's - UNIMPAIRED

| CLAIM NUMBER | NAME OF CREDITORS | ACCEPTANCES | REJECTIONS |
|---|---|---|---|
| | | Unimpaired | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                    Chapter 11

HAMBONE DOG PROPERTIES, LLC                  CASE NO. 10-05375-8-SWH

      Debtor

REPORT ON ACCEPTANCES/REJECTIONS OF CHAPTER 11 PLAN

CLASS # 12    Zheng Garden - UNIMPAIRED

| CLAIM NUMBER | NAME OF CREDITORS | ACCEPTANCES | REJECTIONS |
|---|---|---|---|
| | | Unimpaired | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                      Chapter 11

HAMBONE DOG PROPERTIES, LLC                    CASE NO. 10-05375-8-SWH

     Debtor

REPORT ON ACCEPTANCES/REJECTIONS OF CHAPTER 11 PLAN

CLASS # 13    Brainfreeze Six, Inc. - UNIMPAIRED

| CLAIM NUMBER | NAME OF CREDITORS | ACCEPTANCES | REJECTIONS |
|---|---|---|---|
| | | Unimpaired | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                        Chapter 11

HAMBONE DOG PROPERTIES, LLC                CASE NO. 10-05375-8-SWH

     Debtor

REPORT ON ACCEPTANCES/REJECTIONS OF CHAPTER 11 PLAN

CLASS # 14    BRC Deep River, LLC - Accepted

| CLAIM NUMBER | NAME OF CREDITORS | ACCEPTANCES | REJECTIONS |
|---|---|---|---|
| | BRC Deep River, LLC | $7,167.00 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                    Chapter 11

HAMBONE DOG PROPERTIES, LLC                CASE NO. 10-05375-8-SWH

     Debtor


REPORT ON ACCEPTANCES/REJECTIONS OF CHAPTER 11 PLAN

CLASS # 15     Golden East Crossing - Rejected

| CLAIM NUMBER | NAME OF CREDITORS | ACCEPTANCES | REJECTIONS |
|---|---|---|---|
|  | Golden East Crossing |  | $1,086.01 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                    Chapter 11

HAMBONE DOG PROPERTIES, LLC                    CASE NO. 10-05375-8-SWH

    Debtor

REPORT ON ACCEPTANCES/REJECTIONS OF CHAPTER 11 PLAN

CLASS # 16    General Unsecured Claims less than $10,000.00 - Accepted

| CLAIM NUMBER | NAME OF CREDITORS | ACCEPTANCES | REJECTIONS |
|---|---|---|---|
| | | Accepted | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                    Chapter 11

HAMBONE DOG PROPERTIES, LLC                  CASE NO. 10-05375-8-SWH

     Debtor

REPORT ON ACCEPTANCES/REJECTIONS OF CHAPTER 11 PLAN

CLASS # 17    General Unsecured Claims greater than $10,000.01 - Accepted

| CLAIM NUMBER | NAME OF CREDITORS | ACCEPTANCES | REJECTIONS |
|---|---|---|---|
| | | Accepted | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                          Chapter 11

HAMBONE DOG PROPERTIES, LLC                    CASE NO. 10-05375-8-SWH

     Debtor


REPORT ON ACCEPTANCES/REJECTIONS OF CHAPTER 11 PLAN

CLASS # 18    Global House, Inc. - Accepted

| CLAIM NUMBER | NAME OF CREDITORS | ACCEPTANCES | REJECTIONS |
|---|---|---|---|
|  |  | Accepted |  |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                    Chapter 11

HAMBONE DOG PROPERTIES, LLC                 CASE NO. 10-05375-8-SWH

     Debtor


<u>REPORT ON ACCEPTANCES/REJECTIONS OF CHAPTER 11 PLAN</u>

CLASS # 19    Unsecured Claims greater of Related Persons and Entities - Accepted

| CLAIM NUMBER | NAME OF CREDITORS | ACCEPTANCES | REJECTIONS |
|---|---|---|---|
|  |  | Accepted |  |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                              Chapter 11

HAMBONE DOG PROPERTIES, LLC                CASE NO. 10-05375-8-SWH

      Debtor

REPORT ON ACCEPTANCES/REJECTIONS OF CHAPTER 11 PLAN

CLASS # 20    Equity Holders - UNIMPAIRED

| CLAIM NUMBER | NAME OF CREDITORS | ACCEPTANCES | REJECTIONS |
|---|---|---|---|
| | | Unimpaired | |